303 So.2d 126

**In re James Henry MITCHELL**

**v.**

**STATE.**

**Ex parte STATE of Alabama, ex rel. ATTORNEY GENERAL.**

**SC 1000.**

Supreme Court of Alabama.

Nov. 14, 1974.

William J. Baxley, Atty. Gen. and Wayne P. Turner, Sp. Asst. Atty. Gen., for petitioner, the State.

No brief for respondent.

MADDOX, Justice.

Petition of the State by its Attorney General for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Mitchell v. State, 53 Ala.App. 625, 303 So. 2d 123.

Writ denied.

HEFLIN, C. J., and MERRILL, HARWOOD and FAULKNER, JJ., concur.

■

306 So.2d 298

**In re Ocie Lee MITCHELL**

**v.**

**STATE of Alabama.**

**Ex parte Ocie Lee Mitchell.**

**SC 1105.**

Supreme Court of Alabama.

Jan. 16, 1975.

Fred Blanton, Birmingham, for petitioner.

None for respondent.

BLOODWORTH, Justice.

Petition of Ocie Lee Mitchell for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Ex Parte: Mitchell (Re: Mitchell v. State), 54 Ala.App. 203, 306 So.2d 298.

Writ denied.

COLEMAN, HARWOOD, MADDOX and McCALL, JJ., concur.